

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 27, 2019

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: _____
DATE FILED: 12-2-19

Re: *United States v. Bob King*, **18 Cr. 308 (ALC)**

Dear Judge Carter:

On November 20, 2019, the defendant moved by letter to postpone the conference scheduled for November 22 until December 19. The defendant also noted that he consented to the exclusion of time under the Speedy Trial Act until December 19. The Court granted the application on November 22, 2019.

In an abundance of caution, the Government would like to confirm that the Court ordered the exclusion of time until December 19 under the Speedy Trial Act. If not, the Government moves for such an exclusion to permit the parties the opportunity to complete the supplemental plea allocution and resolve the case without the need for trial.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Andrew A. Rohrbach
Assistant United States Attorney
(212) 637-2345

cc: All counsel (by ECF)

The application is granted. Status Conference set for 12-19-19 at 10:00 a.m.

So Ordered.
Andrew Carter
11-27-19