USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-4-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
:
UNITED STATES OF AMERICA :
:
    -against- : **ORDER**
:
Bob King :
: 18-CR-308 (ALC)
: Docket #
------------------------------------------x

_Andrew L. Carter, Jr._, DISTRICT JUDGE:
   Judge's Name

The C.J.A. attorney assigned to this case

_Tommy Hai Vu_ is hereby ordered substituted
   Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _Victor Hou_, NUNC-PRO-TUNC _____.
                      Attorney's Name

SO ORDERED.

_/s/ Andrew L. Carter, Jr._
UNITED STATES DISTRICT JUDGE

February 20, 2020
Dated: New York, New York