UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   UNITED STATES OF AMERICA      :

          -against-               :        18-CR-308 (ALC)

                                :        **ORDER**
   BOB KING,                         :

                    Defendants.  :
------------------------------------------------------------x
**ANDREW L. CARTER, JR., United States District Judge:**

      The June 4, 2020 status conference is adjourned to **July 9, 2020** at **11:30 a.m.**

Accordingly, it is **ORDERED**: the time from June 4, 2020 through July 9, 2020 is excluded in the interest of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated: June 2, 2020**
      **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**