**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　18 Cr. 308 (ALC)

**ORDER**

　　　　-against-

Bob King,

　　　　　　Defendants.,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

　　The July 9, 2020 status conference is adjourned to **August 12, 2020** at **12:30 p.m.** The Speedy Trial Act automatically excludes this time from July 9, 2020 to August 12, 2020 in the interest of justice.  See 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
　　　　July 7, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/7/20