USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/03/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,   18 Cr. 308 (ALC)

        **ORDER**

      -against-

Bob King,

        Defendants.,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

    The November 16, 2020 status conference is converted to a video conference and adjourned to **December 16, 2020** at **11:00 a.m.**

    Accordingly, it is ORDERED: the time from November 23, 2020 through December 16, 2020 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       November 23, 2020

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE