USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/8/20__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                         **Plaintiff,**

         **-against-**

**BOB KING,**

                         **Defendant.**

-------------------------------------------------------------------- x

**18-CR-308 (ALC)**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The videoconference scheduled for December 16, 2020 is converted to a Telephone Status Conference and rescheduled to **December 14, 2020** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     **New York, New York**
            **December 8, 2020**

                                               **ANDREW L. CARTER, JR.**
                                               **United States District Judge**