```
                                              USDC SDNY
                                              DOCUMENT ELECTRONICALLY
UNITED STATES DISTRICT COURT                  FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC#:_____
                                              DATE FILED: 4-16-21
------------------------------------------------------------- x
UNITED STATES OF AMERICA,                     :
                                              :
                         Plaintiff,           :
                                              :    18-CR-308 (ALC)
           -against-                          :
                                              :    ORDER
BOB KING,                                     :
                                              :
                         Defendant.           :
                                              :
                                              :
------------------------------------------------------------- x
```

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **April 19, 2021** at **11:30 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
            April 16, 2021

                                                     _____
                                                     ANDREW L. CARTER, JR.
                                                     United States District Judge