UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,                          :
                                                   :
                                    Plaintiff,     :
                                                   :        18-CR-308 (ALC)
                        -against-                  :
                                                   :        ORDER
BOB KING,                                          :
                                                   :
                                    Defendant.     :
                                                   :
------------------------------------------------------------------- :
                                                   x

ANDREW L. CARTER, JR., District Judge:

        A Telephone Status Conference is set for **April 23, 2021** at **3:00 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above

and once prompted, should dial access code 3768660.

**SO ORDERED.**


Dated:          New York, New York
                April 21, 2021

                                        _____
                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**