```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4.22.21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-                                 18-CR-308 (ALC)

BOB KING,                                    **ORDER**

                        Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    The telephone status conference set for April 19, 2021 at 11:30 a.m. is adjourned. An in-person status conference is scheduled for **April 26, 2021** at **10:00 a.m.**

SO ORDERED.

Dated:    New York, New York
           April 22, 2021

                                          _____
                                          ANDREW L. CARTER, JR.
                                          United States District Judge