

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2021

**By ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 23, 2021
```

Re:   *United States v. Bob King*, 18 Cr. 308 (ALC)

Dear Judge Carter:

The Government respectfully moves for an extension of the deadlines to file motions *in limine* in this case.

Motions are currently due tomorrow, April 23, with responses due April 27 and replies due April 28. The Government respectfully requests that the motions be due Monday, April 26, with responses due April 28 and replies due April 29. Under this schedule, the deadline for requests to charge and voir dire questions would remain tomorrow, April 23. This extension would permit the parties to file their motions following the conference scheduled for Monday.[1]

The Government has conferred with defense counsel, who do not object to the revised schedule.

Respectfully submitted,

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

AUDREY STRAUSS
United States Attorney

**April 23, 2021**
The Government's request is denied. The motions shall proceed as previously scheduled.

by: _____/s/_____
    Kyle A. Wirshba
    Andrew Rohrbach
    Assistant United States Attorneys
    (212) 637-2493 / 2345

---

[1] On this point, the Government notes that it has not received additional information about the defendant's possible expert.