UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

USA,

      Plaintiff,

  -against-

BOB KING,

      Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 3, 2021

18-cr-305 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court has received the Parties' status report. Defense counsel shall file a status letter by May 6, 2021, indicating under which provision of Rule 10 Defense counsel wishes to proceed for arraignment. The Parties shall file a joint status letter regarding the expert report and outstanding medical records by May 11, 2021.

**SO ORDERED.**

**Dated**: May 3, 2021
    New York, New York

                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**