UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/6/21

- - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| - v. - | : | 18 CR 308 (ALC) |
| BOB KING, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - X

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney ANDREW A. ROHRBACH, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the below-referenced records maintained by the Office of the District Attorney for Bronx County,

IT IS HEREBY ORDERED that all records of the Office of the District Attorney for Bronx County relating to any investigation, arrest, or prosecution of BOB KING (DOB 02/10/1966), including any grand jury testimony, be unsealed to permit the United States Attorney's Office to review the contents of the records.

Dated: New York, New York
May 6, 2021

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES v. BOB KING**

**UNSEALING ORDER**

                                                Audrey Strauss
                                        United States Attorney.