USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/17/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

BOB KING,

        Defendant.

18 Cr. 308 (ALC)

**ORDER**

Upon the motion for Benjamin D. Bright for leave to withdraw from this action as counsel for Defendant Bob King, **IT IS HEREBY ORDERED:**

1. The motion is granted.

SO ORDERED.

Dated: 5/17/21

_____
United States District Judge