USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-21-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                    Plaintiff,

                    18-CR-308 (ALC)

    -against-

BOB KING,                    ORDER

                  Defendant.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A **Video Arraignment** is scheduled for **May 25, 2021** at 11:00 a.m. Members of the public and press may attend the conference by dialing the audio-only line, at 1-855-268-7844, using Access Code 67812309# and Pin 9921299#.

**SO ORDERED.**

Dated:    New York, New York
            May 20, 2021

                                          _____
                                          ANDREW L. CARTER, JR.
                                          **United States District Judge**