USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 17, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

USA,

                Plaintiff,

     -against-

BOB KING,

               Defendant.

----------------------------------------------------------- x

18-cr-308 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court has received Defendant's status report. (ECF No. 123.) Accordingly, the Court orders The Metropolitan Detention Center to provide Defendant Bob King with appropriate medical care consistent with Defendant's injuries. Defendant's counsel shall file a status letter by June 23, 2021.

**SO ORDERED.**

**Dated**:   June 17, 2021
            New York, New York

_____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**