USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-28-21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**United States of America,**

                                  **ORDER**
                                  18-CR-308 (ALC)

        -against-

**Bob King,**

               Defendant(s)

-----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    The Parties shall file a joint status report regarding discovery by June 30, 2021.

    **SO ORDERED.**

Dated: New York, New York
       June 28, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**