UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-28-21

------------------------------------------------------------X

United States of America,

**ORDER**
18-CR-308 (ALC)

-against-

Bob King,

               Defendant(s)

------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

A Final Pre-Trial Conference is scheduled for **July 1, 2021** at **1:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
      June 28, 2021

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**