USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 6, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
USA,

                    Plaintiff,

      -against-

BOB KING,

                  Defendant.
------------------------------------------------------------ x

18-cr-308 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court shall hold a status conference on July 7, 2021 at 9:00 a.m. in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

**Dated**:  July 6, 2021
            New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**