UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

              - against -

BOB KING,
              Defendant.
------------------------------------------------------------X

18-CR-308 (ALC)

ORDER FOR THE SUBMISSION
OF A RELEASE PLAN

**ANDREW L. CARTER, JR., United States District Judge:**

      Due to the amount of time Mr. King has served in custody, defense counsel has indicated that he may be asking for time served at sentencing. Mr. King's mental health issues and financial hardships have been discussed throughout this case. If defense counsel still intends to ask for time served, he should submit a release plan for Mr. King by August 2, 2021.

SO ORDERED.

Dated:     July 20, 2021
               New York, New York

                                                /s/ Andrew L. Carter, Jr.
                                       **ANDREW L. CARTER, JR.**
                                       United States District Judge